UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MISTER SOFTEE, INC. and SPABO ICE CREAM CORP.,

               Plaintiffs,

-against-

JESUS RAMOS VALDES,

               Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/12/2025

1:24-cv-6104 (MKV)

**ORDER DENYING DEFAULT JUDGMENT**

MARY KAY VYSKOCIL, United States District Judge:

    On May 12, 2025, the Court held a hearing on Plaintiffs' motion for a default judgment [ECF No. 17]. Defendant appeared at the hearing, and the Court therefore denied Plaintiffs' motion for a default judgment. As stated on the record at the hearing, IT IS HEREBY ORDERED that the parties shall meet and confer in good faith to attempt to resolve this case. IT IS FURTHER ORDERED that **by June 12, 2025** either the parties must file a joint letter informing the Court that they have reached a resolution, or Defendant must answer the Complaint.

    The Clerk of Court respectfully is requested to terminate the motion at ECF number 17 and to mail a copy of this Order to 1325 Edward L. Grant Hwy, Apt. 4G, Bronx, NY 10452.

**SO ORDERED.**

Date: May 12, 2025
      New York, NY

*(signature)*
**MARY KAY VYSKOCIL**
**United States District Judge**